

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DAVIS, an individual, on behalf of himself, and as PRIVATE ATTORNEY GENERAL, and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>CHASE BANK U.S.A., N.A., a Delaware corporation; CIRCUIT CITY STORES, INC., a Virginia corporation,<br><br>      Defendants. | Case No. CV 06-04804 DDP (PJWx)<br><br>**ORDER TO SHOW CAUSE** |

    The Court orders the parties to show cause why this action should not be remanded to state court for lack of subject matter jurisdiction. The Plaintiffs brought suit in state court bringing state law claims. The Defendants removed the case to this Court asserting diversity jurisdiction.

    A federal court may exercise diversity jurisdiction over a class action if the aggregate amount of the class members' claims exceeds $5,000,000 or where individual claims exceed $75,000. 28



U.S.C. § 1332(d). The Defendant Chase Bank asserts that the aggregated claims exceed $5,000,000 without explaining how it reached that conclusion. (Not. Removal 3.)

It is not clear to the Court that the jurisdictional amount in controversy requirement is satisfied. Accordingly, the parties may file cross-briefs, not to exceed five pages, by close of business on Monday August 21, 2006 to show cause why this action should not be remanded to state court. If a party does not file a brief, the Court will regard that party as not opposing remand of this matter. A hearing is scheduled on this matter for Monday, September 11, 2006 at 10:00 a.m. While the Court permits briefing from all parties, the Defendant removing the case bears the burden of establishing jurisdiction.

IT IS SO ORDERED.

Dated: 8-9-06

DEAN D. PREGERSON
United States District Judge