O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GARY DAVIS, an individual, on behalf of himself, and as PRIVATE ATTORNEY GENERAL, and on behalf of all others similarly situated, | ) ) ) ) ) | Case No. CV 06-04804 DDP (PJWx) **ORDER DENYING PLAINTIFF'S EX PARTE APPLICATION** |
| | ) | [Ex parte application filed on |
| Plaintiff, | ) ) | 08/18/2011] |
| v. | ) ) | |
| CHASE BANK U.S.A., N.A., a Delaware corporation; CIRCUIT CITY STORES, INC., a Virginia corporation , | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

     Presently before the court is Plaintiff's Ex Parte Application

for Order Continuing Chase's Motion for Summary Judgment.  The

court has considered the parties papers and the arguments therein,

and the court DENIES Plaintiff's Application.



///

///

///

1   Accordingly, Defendants' Motion for Summary Judgment and
2   Plaintiff's Motion for Class Certification will both be heard as
3   scheduled on November 14, 2011.

5   IT IS SO ORDERED.

8   Dated: August 25, 2011

                                        DEAN D. PREGERSON
9                                       United States District Judge