JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DAVIS, an individual; on behalf of himself, and as PRIVATE ATTORNEY GENERAL, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHASE BANK U.S.A., N.A., a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. CV 06-04804 DDP (PJWx)<br><br>Honorable Dean D. Pregerson<br><br>**JUDGMENT**<br><br>**Date:** October 27, 2014<br>**Time:** 11:00 a.m.<br>**Courtroom:** 3 |

Judgment is hereby entered pursuant to the terms of the Final Approval Order.

IT IS SO ORDERED.

Dated:  October 29, 2014

*[signature]*

DEAN D. PREGERSON
United States District Judge